## U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

United States _____ vs. Mario Torres-Campos _____ Appeal No. 12-13901-E

11th Cir. R. 26.1 (enclosed) requires that a Certificate of Interested Persons and Corporate Disclosure Statement must be filed by the appellant with this court within 14 days after the date the appeal is docketed in this court, and must be included within the principal brief filed by any party, and included within any petition, answer, motion or response filed by any party. **You may use this form to fulfill this requirement.** In alphabetical order, with one name per line, please list the trial judge(s), and all attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this case or appeal, including subsidiaries, conglomerates, affiliates and parent corporations, including any publicly held corporation that owns 10% or more of the party's stock, and other identifiable legal entities related to a party.

*(please type or print legibly)*:

Baldalamenti, John L.

Cakmis, Rosmary

Carey, Rick

Elm, Donna L.

Honeywell, The Honorable Charlene Edwards

Jamadar, Richard

Lammens, The Honorable Philip R.

McGuinness, J. Michael

O'Neill, Robert

Rhodes, David P.

Skuthan, James T

Smith, The Honorable Thomas B.

Taylor, Michelle Thresher

Torres-Campos, Mario